UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MELESSA HENDERSON, | ) ED CV 08-01904-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: <u>September 23, 2009</u>

_____/ S /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE